UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| VINCE ROWE, Derivatively On Behalf of THE ST. PAUL TRAVELERS COMPANIES, INC., f/n/a THE ST. PAUL COMPANIES, INC.,<br><br>                  Plaintiff,<br><br>    vs.<br><br>JAY S. FISHMAN, ROBERT I. LIPP, HOWARD P. BERKOWITZ, KENNETH J. BIALKIN, CAROLYN HOGAN BYRD, JOHN H. DASBURG, LESLIE B. DISHAROON, JANET M. DOLAN, KENNETH M. DUBERSTEIN, LAWRENCE G. GRAEV, MERYL D. HARTZBAND, THOMAS R. HODGSON, WILLIAM H. KLING, JAMES A. LAWRENCE, BLYTHE J. MCGARVIE, GLEN D. NELSON, M.D., CLARENCE OTIS, JR., JEFFREY M. PEEK, NANCY A. ROSEMAN, CHARLES W. SCHARF, GORDON M. SPRENGER, FRANK J. TASCO and LAURIE J. THOMSEN,<br><br>                  Defendants,<br><br>    - and -<br><br>THE ST. PAUL TRAVELERS COMPANIES, INC., f/n/a THE ST. PAUL COMPANIES, INC., a Minnesota corporation,<br><br>                  Nominal Defendant. | Case No. 04-cv-4576 JRT-FLN<br><br>Judge John R. Tunheim<br><br>Magistrate Judge Franklin L. Noel |

[Caption continued on following page.]

| | |
|---|---|
| MARILYN CLARK, Derivatively On Behalf of THE ST. PAUL TRAVELERS COMPANIES, INC., f/n/a THE ST. PAUL COMPANIES, INC., | Case No. 04-cv-4826 JRT-FLN |
| | Judge John R. Tunheim |
| Plaintiff, | Magistrate Judge Franklin L. Noel |
| vs. | |
| JAY S. FISHMAN, ROBERT I. LIPP, HOWARD P. BERKOWITZ, KENNETH J. BIALKIN, CAROLYN HOGAN BYRD, JOHN H. DASBURG, LESLIE B. DISHAROON, JANET M. DOLAN, KENNETH M. DUBERSTEIN, LAWRENCE G. GRAEV, MERYL D. HARTZBAND, THOMAS R. HODGSON, WILLIAM H. KLING, JAMES A. LAWRENCE, BLYTHE J. MCGARVIE, GLEN D. NELSON, M.D., CLARENCE OTIS, JR., JEFFREY M. PEEK, NANCY A. ROSEMAN, CHARLES W. SCHARF, GORDON M. SPRENGER, FRANK J. TASCO and LAURIE J. THOMSEN, | |
| Defendants, | |
| - and - | |
| THE ST. PAUL TRAVELERS COMPANIES, INC., f/n/a THE ST. PAUL COMPANIES, INC., a Minnesota corporation, | |
| Nominal Defendant. | |

## ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD COUNSEL, AND RELATED MATTERS

Pursuant to the Stipulation Consolidating Actions, Appointing Lead Counsel, and Related Matters ("Stipulation") dated January 7, 2005, and for good cause appearing therefore, the Court finds and orders that:

1.  There are presently two related shareholder derivative actions against certain of the officers and directors of St. Paul Travelers Companies, Inc. ("St. Paul Travelers") on file in this Court.

2.	In an effort to assure consistent rulings and decisions and the avoidance of unnecessary duplication of effort, all of the counsel for parties in the related St. Paul Travelers shareholder derivative actions currently on file in this Court entered into the Stipulation. The counsel are: (1) Robbins Umeda & Fink, LLP and The Spence Law Firm on behalf of plaintiff Vince Rowe; (2) Lerach Coughlin Stoia Geller Rudman & Robbins, LLP, Reinhardt Wendorf & Blanchfield and Barrett, Johnston & Parsley on behalf of plaintiff Marilyn Clark; and (3) Dorsey & Whitney, LLP on behalf of defendants Jay S. Fishman, Robert I. Lipp, Howard P. Berkowitz, Kenneth J. Bialkin, Carolyn Hogan Byrd, John H. Dasburg, Leslie B. Disharoon, Janet M. Dolan, Kenneth M. Duberstein, Lawrence G. Graev, Meryl D. Hartzband, Thomas R. Hodgson, William H. Kling, James A. Lawrence, Blythe J. McGarvie, Glen D. Nelson, M.D., Clarence Otis, Jr., Jeffrey M. Peek, Nancy A. Roseman, Charles W. Scharf, Gordon M. Sprenger, Frank J. Tasco and Laurie J. Thomsen and nominal defendant St. Paul Travelers.

3.	The following actions are hereby related and consolidated for pre-trial proceedings:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Rowe v. Fishman, et al.* | 04-cv-4576 JRT-FLN | October 25, 2004 |
| *Clark v. Fishman, et al.* | 04-cv-4826 JRT-FLN | November 19, 2004 |

4.	Every pleading filed in these consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| VINCE ROWE, et al. <br><br> Plaintiff <br><br> vs. <br><br> JAY S. FISHMAN, et al. <br><br> Defendants <br><br> - and - <br><br> THE ST. PAUL TRAVELERS COMPANIES, INC. a Minnesota Company, <br><br> Nominal Defendant | Lead Case No. 04-cv-4576 JRT-FLN <br><br> Judge John R. Tunheim <br><br> Magistrate Judge Franklin L. Noel |

5.     The files of these consolidated actions shall be maintained in one file under Lead Case No. 04-cv-4576 JRT-FLN.

6.     The *Rowe v. Fishman, et al.* action shall be designated the lead case, all higher numbered filings will be under its caption. Plaintiffs shall file a Consolidated Derivative Complaint ("Complaint") no later than 90 days from the date of entry of this Order, unless otherwise agreed between the parties and approved by the Court, which shall be deemed the operative complaint, superceding all complaints filed in any of the actions consolidated hereunder.  Defendants shall have 60 days after the filing and service of the Complaint to file a responsive pleading.  In the event that defendants file and serve any motions directed at the Complaint, plaintiffs shall file and serve their opposition within 45 days after the service of defendants' motion.  If defendants file and serve a reply to plaintiffs' opposition, they will do so within 30 days after plaintiffs' service of the opposition.  Counsel agree to confer to select a hearing date.

7.     The Lead Counsel for plaintiffs for the conduct of these consolidated actions is:

3

> ROBBINS UMEDA & FINK, LLP
> JEFFREY P. FINK
> 610 West Ash Street, Suite 1800
> San Diego, CA  92101
> Telephone:  619/525-3990
> Facsimile:  619/525-3991

8. Plaintiffs' Lead Counsel shall have authority to speak for plaintiffs in matters regarding pre-trial procedure, trial and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

9. Plaintiffs' Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court.

10. The Co-Liaison Counsel for plaintiffs for the conduct of these consolidated actions is:

> THE SPENCE LAW FIRM
> RUSSELL M. SPENCE
> 10 South Fifth Street, Suite 300
> Minneapolis, MN  55402
> Telephone: 612/375-1555
> Facsimile: 612/375-1511
>
> REINHARDT WENDORF & BLANCHFIELD
> GARRETT D. BLANCHFIELD, JR
> FRANCES E. BAILLON
> E-1250 First National Bank Building
> 332 Minnesota Street
> St. Paul, MN 55101
> Telephone: 651/287-2100
> Facsimile:  651/287-2103

11. Plaintiffs' Co-Liaison Counsel shall be available and responsible for communications by plaintiffs to and from this Court, including distributing orders and other directions from the Court to plaintiffs' counsel.  Plaintiffs' Co-Liaison Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.  Service upon plaintiffs' Co-Liaison Counsel is sufficient for purposes of serving plaintiffs under Rule 5 of the Federal Rules of Civil Procedure.

5

12. Defendants' counsel may rely upon all agreements made with plaintiffs' Lead Counsel, or other duly authorized representative of plaintiffs' Lead Counsel, including plaintiffs' Co-Liaison Counsel, and such agreements shall be binding on plaintiffs.

13. This Order shall apply to each case, arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in, removed to or transferred to this Court.

14. When a case which properly belongs as part of the *Rowe v. Fishman, et al.,* Lead Case No. 04-cv-4576 JRT-FLN, is hereafter filed in the Court or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing or transfer of any case which might properly be consolidated as part of the *Rowe v. Fishman, et al.,* Lead Case No. 04-cv-4576 JRT-FLN, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

**IT IS SO ORDERED.**

Dated: January 10, 2005                                       s/John R. Tunheim
                                                                              The Honorable John R. Tunheim
                                                                              United States District Court Judge

G:\St. Paul Travelers\Motions - Opps\Order to Consolidate.doc